In the Matter of the Judicial Settlement of the Account of ROSINA B. LARMON, as Executrix, etc., of WILLIAM C. LARMON, Deceased.— Motion denied, with ten dollars costs.

In the Matter of the Petition of EDWARD B. ASHTON, Respondent, for an Inspection of the Books and Records of SCHENECTADY HOLDING COMPANY, INC., Appellant.— Order modified so as to provide that the examination therein directed be made beginning on May 8, 1925, and ending not later than May 20, 1925, between the hours of nine A. M. and six P. M. on each day, and in case any record, book or document be withheld from the aforesaid inspection the respondent may apply to the court upon three days' notice for an order to compel the exhibition and an opportunity to inspect any such book, record or document so withheld; and as so modified the order is unanimously affirmed.

In the Matter of the Application of ALBERT OTTINGER, as Attorney-General of the State of New York, and of NANCY JAY, Respondents, for an Order of Peremptory Mandamus to the STATE CIVIL SERVICE COMMISSION and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK NOONAN, Respondent, v. FINCH, PRUYN & COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN NEMEC, Respondent, v. REPUBLIC METALWARE COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. SARAH O'BRIEN, Respondent, v. EASTERN STEAMSHIP LINES, INC., Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN POLLARD, Respondent, v. BRAEBURN WOOLEN MILLS and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Beach* v. *Velzy* (238 N. Y. 100); *Adel* v. *Rubin* (210 App. Div. 499). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. IDA R. PELLMAN, Respondent, v. PHŒNIX HARDWARE MANUFACTURING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CHRISTOPHER PETTIT, Respondent, v. ANNA H. REGES and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PASQUALE PERRONE, Respondent, v. BAY RIDGE BUILDING MATERIAL CORPORATION and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the finding that claimant sustained a double hernia arising out of and in the course of his employment. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND BAIN and Another, Appellants.— Judgment of conviction reversed and new trial granted as to the defendant Roland Bain. Judgment of conviction affirmed as to the defendant Raymond Bain. All concur.